# UNITED STATES DISTRICT COURT

DISTRICT OF

United States of America

v.

Bradley Carl Reifler

**EXHIBIT AND WITNESS LIST**

Case Number: 1:20cr512-1

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Eagles | DOJ Prosecutors Tynan/McCarthy | Mark Jones |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 10-27-2022 | Jane Allen | Robin Winchester |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 10-27-22 | — | — | Victim Impact Statement - Michael Causey N.C. Commissioner of Ins. |
| | ✓ | 10-27-22 | — | — | David Bowles |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages